

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Wilberto Arrellano v. The State of Texas

Appellate case number:    01-15-00814-CR

Trial court case number:  1353257

Trial court:              339th District Court of Harris County

      Appellant's "Motion to Substitute Counsel" and counsel's "Motion to Withdraw as Counsel of Record" are granted. It is ordered that M.P. Eaves be substituted for Patrick F. McCann as appellant's retained attorney of record.

      It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                ☒ Acting individually


Date:  March 1, 2016